FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL NICHERIE <br><br> Defendant. | No. CR 05-1046-DSF-5 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

1  The court concludes:

2  A.  (✓) Defendant poses a risk to the safety of other persons or the community
3  because defendant has not demonstrated by clear and convincing
4  evidence that:
5  _Allegations, financial danger, conduct under_
6  _supervision, pending revocation, prior revocations_
7  _____
8  _____

9
10 (B) (✓) Defendant is a flight risk because defendant has not shown by clear
11  and convincing evidence that:
12  _Conduct under supervision, prior supervision_
13  _revocations, instant allegations, unknown_
14  _background, no bail resources_
15  _____

16
17  IT IS ORDERED that defendant be detained.

18
19  DATED: 7-17-2015

23  JOHN E. MCDERMOTT
    UNITED STATES MAGISTRATE JUDGE